# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LINDA D. CATLIN,

    Plaintiff,

v.

ANDREW SAUL,
*Commissioner of Social Security*,

    Defendant.

Case No. 19-4065-DDC

## MEMORANDUM AND ORDER

Upon consideration of defendant's Unopposed Motion to Reverse and Remand and For Entry of Final Judgment (Doc. 25), and good cause appearing, the court reverses the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and remands the cause to the Commissioner for further administrative proceedings.

**IT IS HEREBY ORDERED BY THE COURT** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings.

**IT IS FURTHER ORDERED BY THE COURT** that the Clerk of the Court will enter a separate judgment under Fed. R. Civ. P. 58. *See Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993) (holding that a sentence four remand order is a final judgment).

**IT IS SO ORDERED.**

Dated this 14th day of January, 2021, at Kansas City, Kansas.

                                            s/ Daniel D. Crabtree
                                            Daniel D. Crabtree
                                            United States District Judge